# United States Bankruptcy Court
## Eastern District of Virginia

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dietze Construction Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1649129** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**45155 Research Place**<br>**Suite 300**<br>**Ashburn, VA**     ZIP Code **20147** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Loudoun** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

#### Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

#### Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dietze Construction Group, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>       Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Dietze Construction Group, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X __/s/ Andrea Campbell_____
Signature of Attorney for Debtor(s)

__Andrea Campbell 78036_____
Printed Name of Attorney for Debtor(s)

__Arent Fox LLP_____
Firm Name

**1050 Connecticut Ave., N.W.**
**Washington, DC 20036**

_____
Address

**202-857-6000  Fax: 202-857-6395**_____
Telephone Number

**May 19, 2010**_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ Steven T. Galles_____
Signature of Authorized Individual

__Steven T. Galles_____
Printed Name of Authorized Individual

__Chief Financial Officer_____
Title of Authorized Individual

**May 19, 2010**_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# DIETZE CONSTRUCTION GROUP, INC

### RESOLUTION ADOPTED AT THE MAY 18, 2010
### SPECIAL MEETING OF THE BOARD OF DIRECTORS

1.      **Approval of Bankruptcy Filing**

WHEREAS, the Bylaws of Dietze Construction Group, Inc. ("Dietze Construction") provide, in Article III, Section 4 thereof, that the affairs of Dietze Construction shall be managed by the Board of Directors (the "Board");

WHEREAS, at this meeting, the Board has reviewed the alternatives available to Dietze Construction and has determined that the commencement of a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") is in the best interest of Dietze Construction's shareholders and creditors and other interested parties;

NOW, THEREFORE, BE IT RESOLVED, that Dietze Construction be and hereby is authorized and directed to file a petition (the "Petition") seeking relief under Chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that Steven T. Galles, CFO of Dietze Construction is hereby authorized and directed, in the name and on behalf of Dietze Construction, to execute, verify and file the Petition and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Virginia ("Bankruptcy Court"), and to take such actions as may be required or advisable in connection with the bankruptcy case; and

BE IT FURTHER RESOLVED that, subject to Bankruptcy Court approvals, Dietze Corporation is authorized and directed to employ Mary Joanne Dowd, Timothy F. Brown, Andrea Campbell and Katie A. Lane and the law firm Arent Fox LLP to represent it in connection with its bankruptcy case and proceedings.

2.      **Effective Date**

BE IT FURTHER RESOLVED that this Resolution shall be effective as of the date that it is approved by the Board (the "Effective Date").

3.      **Filing of Resolutions**

BE IT FURTHER RESOLVED that this Resolution shall be filed with the Minutes and records of Dietze Construction.

# DIETZE CONSTRUCTION GROUP, INC

## RESOLUTION ADOPTED BY THE BOARD OF DIRECTORS

## CERTIFICATION BY THE SECRETARY OF THE CORPORATION

At a Special Meeting of the Board of Directors of Dietze Construction Group, Inc. duly held on the 18th day of May, 2010, the attached Resolution memorializing the Dietze Construction Group, Inc.'s intent to file a Chapter 11 petition under the Bankruptcy Code was approved in accordance with the By-Laws of Dietze Construction Group, Inc.

\*       \*       \*       \*       \*

The undersigned, being duly elected Secretary of Dietze Construction Group, Inc. hereby certifies that the Resolution attached to this Certification is a true and correct copy of the Resolution approved by the Board of Directors as described herein.

Kevin D. Sullivan, Secretary

May 18, 2010
Date

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 10-[      ] |
| DIETZE CONSTRUCTION GROUP, INC., | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Steven T. Galles, declare under penalty of perjury that I am the Chief Financial Officer ("CFO") of Dietze Construction Group, Inc. (the "Corporation") and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 18th day of May, 2010.

WHEREAS, the Bylaws of Dietze Construction Group, Inc. ("Dietze Construction") provide, in Article III, Section 4 thereof, that the affairs of Dietze Construction shall be managed by the Board of Directors (the "Board");

WHEREAS, at this meeting, the Board has reviewed the alternatives available to Dietze Construction and has determined that the commencement of a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") is in the best interest of Dietze Construction's shareholders and creditors and other interested parties;

NOW, THEREFORE, BE IT RESOLVED, that Dietze Construction be and hereby is authorized and directed to file a petition (the "Petition") seeking relief under Chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that Steven T. Galles, CFO of Dietze Construction is hereby authorized and directed, in the name and on behalf of Dietze Construction, to execute, verify and file the Petition and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Virginia ("Bankruptcy Court"), and to take such actions as may be required or advisable in connection with the bankruptcy case; and

BE IT FURTHER RESOLVED that, subject to Bankruptcy Court approval, Dietze Corporation is authorized and directed to employ Mary Joanne Dowd, Timothy F. Brown, Andrea Campbell and Katie A. Lane, and the law firm Arent Fox LLP to represent it in connection with its bankruptcy case and proceedings.

Dated:  May 18, 2010                                Signed  __/s/ Steven T. Galles___
                                                                    Steven T. Galles

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Dietze Construction Group, Inc.**

Case No. _____

Debtor(s)

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ***

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **I.E. & J. CMD** <br> **7646-E Fullerton Road** <br> **Springfield, VA 22153** | **Isaias Castro** <br> **IE & J** <br> **7646-E Fullerton Road** <br> **Springfield, VA 22153** <br> **(703) 455-9644** | **Trade Debt** | | **828,480.23** |
| **Williams Mech. Contr. Corp.** <br> **2000 Clarendon Boulevard** <br> **Arlington, VA 22201** | **Scott Williams** <br> **Williams Mech. Cont. Corp.** <br> **2000 Clarendon Boulevard** <br> **Arlington, VA 22201** <br> **(703) 465-0222** | **Trade Debt** | | **458,224.40** |
| **Mechanical Engin. & Const.** <br> **2056 Lord Baltimore Drive** <br> **Baltimore, MD 21244** | **Richard E. Beattie** <br> **Mechanical Engin. & Const.** <br> **2056 Lord Baltimore Drive** <br> **Baltimore, MD 21244** <br> **(443) 200-1000** | **Trade Debt** | | **402,750.00** |
| **Power Design, Inc.** <br> **11600 Ninth Street North** <br> **Saint Petersburg, FL 33716** | **Dana Permuy** <br> **Power Design, Inc.** <br> **11600 Ninth Street North** <br> **Saint Petersburg, FL 33716** <br> **(404) 554-8011 or (727) 210-0492** | **Trade Debt** | | **338,983.65** |
| **TMC Electric** <br> **14 Cardinal Park Drive, #101** <br> **Leesburg, VA 20175** | **Tom McCarty** <br> **TMC Electric** <br> **14 Cardinal Park Drive, #101** <br> **Leesburg, VA 20175** <br> **(703) 669-8644** | **Trade Debt** | | **329,063.92** |
| **GT Electric Service Inc.** <br> **8350-G Terminal Road** <br> **Lorton, VA 22079** | **Danielle Chin** <br> **GT Electric Service Inc.** <br> **8350-G Terminal Road** <br> **Lorton, VA 22079** <br> **(703) 339-0295** | **Trade Debt** | | **241,157.33** |
| **Mid Atlantic Floors** <br> **109 Executive Drive** <br> **Sterling, VA 20166** | **Stephanie Sweeney** <br> **Mid Atlantic Floors** <br> **109 Executive Drive** <br> **Sterling, VA 20166** <br> **(703) 437-6888** | **Trade Debt** | | **182,855.10** |

*** Claim amounts are as of April 15, 2010 and will be updated in the Debtor's schedules.

In re  **Dietze Construction Group, Inc.**                                                 Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A.D. Heath Corporation<br>3000 52nd Avenue<br>Hyattsville, MD 20781 | Arthur Heath<br>A.D. Heath Corporation<br>3000 52nd Avenue<br>Hyattsville, MD 20781<br>(301) 779-3636 | Trade Debt | | 168,207.00 |
| Boatman & Magnani, Inc.<br>600 Ritchie Road<br>Capitol Heights, MD 20743 | John Magnani<br>Boatman & Magnani, Inc.<br>600 Ritchie Road<br>Capitol Heights, MD 20743<br>(301) 336-7700 | Trade Debt | | 158,983.00 |
| T & A Construction, LLC<br>5601 General Washington Drive<br>Alexandria, VA 22312 | Adalberto Castro<br>T & A Construction, LLC<br>5601 General Washington Drive<br>Alexandria, VA 22312<br>(703) 750-0860 | Trade Debt | | 154,002.86 |
| Howrey LLP<br>1299 Pennsylvania Ave., NW<br>Washington, DC 20004 | Jim Newland<br>Howrey LLP<br>1299 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 783-0800 | Legal Services | | 150,839.44 |
| Clevenger Corporation<br>10718 Tucker Street<br>Beltsville, MD 20704 | Mark Clevenger<br>Clevenger Corporation<br>10718 Tucker Street<br>Beltsville, MD 20704<br>(301) 937-5550 | Trade Debt | | 141,676.00 |
| Atlantic Blds. Hardware Corp.<br>14248 Cherry Lane Ct.<br>Laurel, MD 20707 | Daniel Kantor<br>Atlantic Blds. Hardware Corp.<br>14248 Cherry Lane Ct.<br>Laurel, MD 20707<br>(301) 369-9401 | Trade Debt | | 136,615.00 |
| Anning Johnson Co.<br>9408-A Gunston Cove Road<br>Lorton, VA 22079 | Jeffery Bergstedt<br>Anning Johnson Co.<br>9408-A Gunston Cove Road<br>Lorton, VA 22079<br>(703) 372-5340 | Trade Debt | | 132,762.00 |
| Kearney & Associates<br>17477 Stevensburg Road<br>Culpeper, VA 22701 | Patrick Kearney<br>Kearney & Associates<br>17477 Stevensburg Road<br>Culpeper, VA 22701<br>(540) 423-9511 | Trade Debt | | 127,565.60 |
| Thesis Painting, Inc.<br>7401-D Fullerton Road<br>Springfield, VA 22153 | Angelo Spyridakis<br>Thesis Painting, Inc.<br>7401-D Fullerton Road<br>Springfield, VA 22153<br>(703) 440-5900 | Trade Debt | | 126,972.00 |

In re **Dietze Construction Group, Inc.**

Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Weeter Concrete**<br>**25274 Willard Road**<br>**Chantilly, VA 20152** | **Jamie Maher**<br>**Weeter Concrete**<br>**25274 Willard Road**<br>**Chantilly, VA 20152**<br>**(703) 327-2511** | **Trade Debt** | | **117,329.95** |
| **Owens & Dove, Inc.**<br>**9109 Owens Drive**<br>**Manassas, VA 20111** | **Richard Owens**<br>**Owens & Dove, Inc.**<br>**9109 Owens Drive**<br>**Manassas, VA 20111**<br>**(703) 330-0012** | **Trade Debt** | | **98,898.22** |
| **Potomac Floor Covering, Inc.**<br>**22780 Indian Creek Drive**<br>**Dulles, VA 20166** | **James Creamer**<br>**Potomac Floor Covering, Inc.**<br>**22780 Indian Creek Drive**<br>**Dulles, VA 20166**<br>**(703) 787-7890** | **Trade Debt** | | **98,096.16** |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 19, 2010** _____

Signature **/s/ Steven T. Galles** _____
**Steven T. Galles**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

2800/2900 Crystal Drive LLC
2900 Crystal Drive
Arlington, VA 22202-3556


A & K Plumbing, Inc.
14300 Cherry Lane Court, #112
Laurel, MD 20707


A-1 Floodtech
9111 Centreville Rd
Manassas, VA 20110


A-1 Telecommunications LLC
P.O. Box 366
Libertytown, MD 21762


A.B.E. Networks
8968 Brookville Road
Silver Spring, MD 20910


A.C & R Insulation Co., Inc.
7085 Dorsey Run Rd
Elkridge, MD 21075


A.D. Heath Corporation
3000 52nd Avenue
Hyattsville, MD 20781


A.W.P., Inc.
4501 Harford Road
Baltimore, MD 21214-3195


ABC Imaging of
  Washington, Inc.
P.O. Box 890623
Charlotte, NC 28289-0623


ACECO, LLC
901 Stoddard Place
Silver Spring, MD 20910


Acquiport Corporate Ridge Corp
2010 Corporate Ridge Suite 155
Mc Lean, VA 22102

Adcock's Electric
  Alarms & Controls, LLC
11954 Motley Place
Waldorf, MD 20602


Ado Decorating
4616 N 26th Street
Arlington, VA 22207


Adrian L. Merton, Inc.
9011 East Hampton Drive
Capitol Heights, MD 20743


AES Corporation
1001 North 19th Street
Arlington, VA 22203


Affordable Glass, Inc.
7311-Z Grove Road
Frederick, MD 21704


AFLAC
ATTN: REMITTANCE PROCESSING
  SERVICES
Columbus, GA 31999-0797


Alarm Tech Solutions, LLC
8141 Telegraph Road
Severn, MD 21144


ALL-VA. State Pest Control
102 Courthouse Road
Heathsville, VA 22473


Allegheny Millwork
104 Commerce Boulevard
Lawrence, PA 15055


Allegheny Solid Surface
  Technologies
P.O. Box 144
Hanover, PA 17331

Alliance Roofing & Sheet
  Metal, Inc.
4215 Eastern Avenue
Baltimore, MD 21224


Allied Trailer
P.O. Box 427
Savage, MD 20763-0427


Almost Heaven Natural Spring
P.O. Box 3110
Manassas, VA 20108-0919


Alonzo Ours, Inc.
8303 Wellington Road
Manassas, VA 20109


Alto-Hartley Inc.
1313 Dolley Madison Boulevard,
  Suite 400
Mc Lean, VA 22101


Amazing Grain Woodworking, Inc
4930 Boiling Brook Parkway
Rockville, MD 20852


AMC Industries, Inc.
4951 14th Street S.
Arlington, VA 22204


American Automatic Sprinkler
  Co., Inc.
3149 Draper Drive
Fairfax, VA 22031


AMF Metal, Inc.
6625 Iron Place
Springfield, VA 22151


AMS Code Consultants
P.O. Box 762
Garrisonville, VA 22463

Anderson Mechanical Services,
   Inc.
45681 Oakbrook Ct., # 103
Sterling, VA 20166


Angler Construction Co., LLC
12801 Randolph Ridge Ln # 101
Manassas, VA 20109-5228


Anning Johnson Co.
9408-A Gunston Cove Road
Lorton, VA 22079


Anning-Johnson Co
9408 Gunston Cove Road
Lorton, VA 22079-2302


Appliance Distributors
   Unlimited, Inc.
5194 Raynor Avenue
Linthicum Heights, MD 21090


Appliance Distributors
   Unlimited
729 Erie Avenue
Takoma Park, MD 20912


Applied Environmental Inc.
200 Fairbrook Drive, Suite 201
Herndon, VA 20170


Aramark Refreshment Services
8240 Stayton Drive
Jessup, MD 20794


Arbon Equipment Corporation
29 Griffen Road South
Bloomfield, CT 06002


Area Access Inc.
8117 Ransell Road
Falls Church, VA 22042

Arlington Iron Works
P.O. Box 391
Manassas, VA 20108-0391


Army Navy Country Club
1700 Army Navy Drive
Arlington, VA 22202


Army Navy Country Club, Inc.
1700 Army Navy Drive
Arlington, VA 22202


Aspenleaf Construction
P.O. Box 371
Fort Washington, MD 20744


ATAPCO Properties, Inc.
10 East Baltimore Street
Suite 1600
Baltimore, MD 21202


Atlantic Blds. Hardware Corp.
14248 Cherry Lane Ct.
Laurel, MD 20707


Atlantic Door Control, Inc.
9550 Berger Road
Columbia, MD 21046-1513


Atlantic Duct Cleaning, Inc.
22875 Bryant Court, # 20
Sterling, VA 20166


Atlantic Refinishing &
   Restoration, Inc.
2320 Old Washington Road
Waldorf, MD 20601


B & M Welding
12625 Greenbriar Road
Potomac, MD 20854


B.M.J. Masonry, Inc.
P.O. Box 1249
Manassas, VA 20108

Baldino's Lock & Key
P.O. Box 1417
Newington, VA 22122


Battlefield Roofing Co.
4770 Angus Dr.
Gainesville, VA 20155


BDA Architects
1801 Robert Fulton Drive
Reston, VA 20191


Beachley Furniture Co., Inc.
227 Prospect Street
Hagerstown, MD 21740


Beitzell Fence Company
3644 Aldie Road
Catharpin, VA 20143


Bel Air Foam & Roofing, Inc.
2133 N. Fountain Green Road
Bel Air, MD 21015


Belfast Valley
   Contractors, Inc.
3809 Edgewater Place
Baltimore, MD 21222


Belfast Valley Contractors,Inc
3809 Edgewater Place
Baltimore, MD 21222


Bergmann Pest Control Inc.
P.O. Box 185
Edgewater, MD 21037


Best Cabinet Company
22500 Davis Drive - Unit 150
Sterling, VA 20164-4491


Betz Enterprises, Inc.
6725 Mink Hollow Road
Highland, MD 20777

BFPE International
P.O. Box 630067
Baltimore, MD 21263


Bilmin Company Inc.
7411 Lindbergh Drive
Gaithersburg, MD 20879


Bishop Tennis, Inc.
25285 Evergreen Mills Road
Sterling, VA 20166


Bky Electrical
23284 Meadowvale Glen Court
Dulles, VA 20166


Blue Horseshoe, Inc.
Attn: Scott Vasko
43170 Southern Walk Plaza
Ashburn, VA 20148


Blue Mountain Woodworks, Inc.
403 N. Prospect Street
Building E
Hagerstown, MD 21740


BMS Reality Services, LLC
Attn: Larry McCulley
3050 K St NW, Suite 170
Washington, DC 20007


BMS Realty Services LLC
3050 K St NW, Suite 170
Washington, DC 20007


Boatman & Magnani, Inc.
600 Ritchie Road
Capitol Heights, MD 20743


Bolt Electric Company, Inc.
5614 Berwyn Road
Berwyn Heights, MD 20740

Bowen Electric Service Inc.
7856 Beechcraft Avenue
Gaithersburg, MD 20879


Brascare Landscaping, Inc.
5445 28th Street, N.W.
Washington, DC 20015


Bray & Scarf Inc.
8610 Cherry Land
Laurel, MD 20707-4950


Brian Ehardt T/A House Drs.
4552 Midhurst Court
Sumerduck, VA 22742


Broad Run Recycling, LLC
9220 Developers Dr..
Manassas, VA 20109


Brookbank Core Drilling
P.O. Box 6363
Waldorf, MD 20603-6363


Brunswick Woodworking Co.
9639 Doctor Perry Road
Ijamsville, MD 21754


Building Infrastructure Group
14740-P Flint Lee Road
Chantilly, VA 20151


Bunting Door & Hardware
   Co., Inc.
9351 Philadephia Road
Rosedale, MD 21237


Business License Tax Program
Arlington County Virginia
PO Box 1757
Merrifield, VA 22116-1757


Butler Window & Door
P.O. Box 2774
Winchester, VA 22604

C. A. Lindman, Inc.
10401 Guilford Road
Jessup, MD 20794


C.C. Fisher
13890 Braddock Road
Centreville, VA 20121


CA Sportswear
6311 Erdman Avenue
Baltimore, MD 21205


Calibre
Attn: Jack Muterelli
6354 Walker Lane, Suite 500
Alexandria, VA 22310


Calvert-Jones Co., Inc.
P.O. Box 22290
Alexandria, VA 22304


Capital City Flooring
45910 TransAmerica Plaza
Sterling, VA 20166


Capital Rentals Inc.
44232 Mercure Circle
Dulles, VA 20166


Capitol Waterproofing, LLC
9700 Logan Jay Drive
Bealeton, VA 22712


Carr Design and Construction
   Solutions
1442 Jonquil Street, NW
Washington, DC 20012


Carroll Awning Company, Inc.
2955 Frederick Avenue
Baltimore, MD 21223

Cassidy & Pinkard
Attn: D. Williams David
1750 Tysons Blvd, Suite 1100
Mc Lean, VA 22102


Castro Contractors, Inc.
8839 Grasslands Ct.
Marshall, VA 20115


Castro's Group, LLC
6424 Julian Street
Springfield, VA 22150


Caulking Applicators, Inc.
9809 Richmond Highway
Lorton, VA 22199-0508


CB Richard Ellis Inc. (VA)
Attn: Susan Stoudt
1650 Tysons Boulevard
Mc Lean, VA 22102


CE Smith
Attn: Todd Allgier
2345 Crystal Drive, Suite 1100
Arlington, VA 22202


Century Contracting
8394 Terminal Road - Suite D
Lorton, VA 22079-1432


Churchville Tile & Marble
2203 Commerce Road
Forest Hill, MD 21050


Chutzpah Deli
Attn: Eric Roller & T. Epstein
12214 Fairfax Towne Center
Fairfax, VA 22033


City Floors, Inc.
9229 Hampton Overlook
Capitol Heights, MD 20743

City of Alexandria Bus. Lic.
PO Box 34850
Alexandria, VA 22334-0850


Clark & Allen, P.C.
Market Station
Leesburg, VA 20175


Clevenger Corporation
10718 Tucker Street
Beltsville, MD 20704


Clover Contracting Inc.
11170 Lee Highway, Suite A
Fairfax, VA 22030


Clyde's Restaurant Group
Attn: Tom Myers or Jeff Owens
3236 M Street NW
Washington, DC 20007-3615


CMSS Architects
11921 Freedom Drive
Reston, VA 20190


Columbia Woodworking Inc.
945 Brentwood Rd., NE
Washington, DC 20018-2387


CommBT, LLC
1153 Route 3 North
Gambrills, MD 21054


Commercial Casework Group
460 Central Road
Fredericksburg, VA 22401


Commercial Glass Co., Inc.
4250 Kenilworth Avenue
Bladensburg, MD 20710


Complete Sign
9186 Big Springs Loop
Bristow, VA 20136

Computer Business Solutions
P.O. Box 6398
Ashland, VA 23005


Computer Services
  Unlimited, Inc.
14240-G Sullyfield Circle
Chantilly, VA 20151


Con-Serv Industries, Inc.
P.O. Box 650490
Sterling, VA 20165


Concrete Imaging, Inc.
P.O. Box 347
Harpers Ferry, WV 25425


Concrete Technology Srvs Inc.
10005 Good Luck Road
Glenn Dale, MD 20769


Contemporary Electrical Srvs.
112 Glyndon Street, NE
Suite 200
Vienna, VA 22180


Control Tec, Inc.
3242 Esther Place
Baltimore, MD 21224


Coresite
1050 17th Street, Suite 800
Denver, CO 80265


Cougar Leasing and Dev., LLC
45155 Research Pl., Suite 300
Ashburn, VA 20147


Cougar Leasing and Development
45155 Research Place
Suite 300
Ashburn, VA 20147

Counter Intelligence Inc.
8951 Brookville Road
Silver Spring, MD 20910


County of Fairfax
Dept. of Tax Administration
PO Box 10203
Fairfax, VA 22035-0203


Creative Dimension Group
4950 Quality Drive
Fredericksburg, VA 22408


CTI Consultants, Inc.
Accounts Receivable
13500 E Boundary Rd
Midlothian, VA 23112-3930


Darlington Architectural
  Refinishers
17312 Summerwood Lane
Accokeek, MD 20607


Dataprise Inc.
Attn: Accounts Receivable
Baltimore, MD 21297-1672


Datawatch Systems Inc.
4401 East West Highway
Suite 500
Bethesda, MD 20814


Davenport Commercial Inc.
7477 Mason King Court
Manassas, VA 20109


David Allen Company, Inc.
P.O. Box 27705
Raleigh, NC 27611


Delcard Associates Inc.
31 Blevins Drive, Suite A
New Castle, DE 19720

Delta Painting & Wallcovering
7309 Gateway Court
Manassas, VA 20109


Design Build Mechanical Corp.
2000 Clarendon Blvd.
Arlington, VA 22201


Design Glazing Concepts, LLC
21595 Cedar Lane
Sterling, VA 20166


Diamond Engineering Corp.
P.O. Box 190
Owings, MD 20736


Dietze, Ralph J.
43572 Tuckaway Place
Leesburg, VA 20176


Dimensional Marble & Tile
15932 Derwood Road
Rockville, MD 20855


Direct Path Corporation
885B S. Pickett Street
Alexandria, VA 22304


Disconnect Reconnect, LLC
3911 Old Lee Highway
Fairfax, VA 22030


Diverse Masonry
P.O. Box 385
Catharpin, VA 20143


Dixie Sheet Metal Works
111 Gordon Road
Falls Church, VA 22046


Dodd & Associates, PLLC
28 Ashby Street
Warrenton, VA 20186

Dominion Engineering
11730 Plaza America Drive
Reston, VA


Dominion Virginia Power
PO Box 26543
Richmond, VA 23290


Don's Johns, Inc.
P.O. Box 2007
Merrifield, VA 22116-2007


Donald M. Blue Construction
P.O. Box 2379
Centreville, VA 20122


Door & Carpentry Specialists
11050 Livingston Road
Fort Washington, MD 20744


Dovetail Gallery, Inc.
352 East 18th Street
Erie, PA 16503


Dowd Contracting Corp.
2585 Tarnans Branch Crossing
Davidsonville, MD 21035


Drink More Water
7595-A Rickenbacker Drive
Gaithersburg, MD 20879-4776


Duffy Mechanical Corporation
643 Lofstrand Lane
Rockville, MD 20850


Dulles Iron Works
P.O. Box 1473
Sterling, VA 22170


Dunn Roofing and Sheetmetal
P.O. Box 806
Bristow, VA 20136

Duvall Paint Contractors
11904 Millpond Court
Manassas, VA 20112


E Group
341 White Pond Dr., Bldg B3
Akron, OH 44320


East Coast Fire Protection
7205 Telegraph Square Drive
Lorton, VA 22079


Easy Link Services Corporation
P.O. Box 200013
Pittsburgh, PA 15251-0013


ECS - Mid Atlantic, LLC
14026 Thunderbolt Place
Suite 100
Chantilly, VA 20151-3232


Edco Glass Systems
44601 Guilford Drive
Suite 170
Ashburn, VA 20147


Electrical General Corporation
9070-A Junction Drive
Annapolis, MD 20701


Elite Couriers
P.O. Box 1124
Mc Lean, VA 22101


Elkins Painting Inc.
111-B Carpenter Drive
Sterling, VA 20164


Engraphix Architectural
   Signage, Inc.
132 Hanley Industrial Ct.
Saint Louis, MO 63144

```
ETW, LLC
P.O. Box 841758
Dallas, TX 75284-1758


Evans Carpentry, LLC
14502 Lee Road
Chantilly, VA 20151-1614


Evanston Drywall Specialties
23465 Rock Haven Way
Dulles, VA 20166


Excel Archives, Inc
P.O. Box 401
Herndon, VA 20172-0401


Extreme Steel
10394 Central Park Drive
Manassas, VA 20110


Exxonmobile
Fleet Services
Carol Stream, IL 60197-5727


Exzel Janitorial Svcs. Inc
P.O. Box 87
Centreville, VA 20122-0087


Fairfax Masonry, Inc.
3656 Centerview Drive
Suite 9
Chantilly, VA 20151


Faison-Clemson Corner, LLC
7920 Norfolk Avenue
Suite 800
Bethesda, MD 20814


Fast Signs
13968 Park Center Rd.
Herndon, VA 20171
```

Faulkner & Flynn Env. Mgmt.
  Consultants
P.O. Box 12748
Roanoke, VA 24028


FCEDA
8300 Boone Blvd., Suite 450
Vienna, VA 22182


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fidelity Engineering Corp.
25 Loveton Circle
Sparks Glencoe, MD 21152


Finley Asphalt & Sealing
9105 Industry Drive
Manassas Park, VA 20111


Flooring Solutions Inc.
22445 Powers Ct
Sterling, VA 20166


Floors Etc.
10709 Gilroy Road, Suite 150
Hunt Valley, MD 21031


Free Flow, Inc.
8552 Anniversary Circle
Gaithersburg, MD 20877


Freedom Fire Protection LLC
3510 Mountain Road
Haymarket, VA 20169


Freedom Floor Company, Inc.
8665 Sudley Road
Manassas, VA 20110


Fuog/Interbuild, Inc.
P.O. Box 237
Purcellville, VA 20134

Gainesville Plumbing, LLC
7679 Limestone Dr.
Gainesville, VA 20155


Gaithersburg Cabinetry &
   Millwork Co.
4338 Aiken Dr
Warrenton, VA 20187-1425


General Solar Corporation
11607 Nebel Street
Rockville, MD 20852


Glenshaw Corporation
3114 William Flynn Highway
Suite 101
Allison Park, PA 15101


Goodwin Brothers Shades &
   Specialties
100 Naamans Road
Claymont, DE 19703


GT Electric Service Inc.
8350-G Terminal Road
Lorton, VA 22079


H&D Mechanical, LLC
701 Bestgate Rd.
Annapolis, MD 21401


H.L. Summers Company
1276 Thompson Avenue
Severn, MD 21144


Hallmark Iron Works Inc.
8399 Paris Street
Newington, VA 22122


Harding Security Assoc. Inc.
1430 Spring Hill Road
Vienna, VA 22182

Healthy Buildings Int'l Inc.
9401 Mathy Drive
Fairfax, VA 22031-5311


Hercules Fence
1526 Early Street
Norfolk, VA 23502


Herson Glass Company
72 Florida Avenue, N.E.
Washington, DC 20002


Highland Swim & Tennis Club
1515 Bryan Branch Road
Mc Lean, VA 22101


Highland Swim and Tennis Club
1515 Bryan Branch Road
Mc Lean, VA 22101


Hooked Sterling, LLC
20231 Watermark Place
Sterling, VA 20165


Hope Meadow Development Inc.
245 Hope Meadow Drive
Weatogue, CT 06089


Howard Hughes Med'l Institute
Janelia Farm Research Campus
19700 Helix Drive
Ashburn, VA 20147


Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004


Hufcor Potomac, Inc.
10820 Guilford Road
Annapolis Junction, MD 20701


Hunt & Walsh
7002 Wellington Road
Manassas, VA 20109

I-Engineering
21525 Ridgetop Circle Suite 13
Sterling, VA 20166


I.E. & J. CMD
7646-E Fullerton Road
Springfield, VA 22153


ICF International
9300 Lee Highway
Fairfax, VA 22031


Ikor Company Inc.
12096 Conway Road
Beltsville, MD 20705


Industrial Disposal Services
9120 Developers Drive
Manassas, VA 20109


Infinity Weatherproofing &
   Repairs
18756 Ginseng Lane
Keedysville, MD 21756


Insight, LLC
4280-F Henninger Court
Chantilly, VA 20151


Inspiration Plumbing Company
43486 Ogden Place
Sterling, VA 20163


Interior Building Systems
8501 Buckeye Timber Dr.
Manassas, VA 20109


Interior Specialties, Inc.
11900 Livingston Road
Manassas, VA 20109


International Country Club
13200 Lee Jackson Memorial Hwy
Fairfax, VA 22033

International Revolving Door
  Company
2138 N. Sixth Ave.
Evansville, IN 47710-2895


Internet Society
1775 Wiehle Avenue, Suite 201
Reston, VA 20190


Intown Restorations, Inc.
8230 Ingleton Circle
Easton, MD 21601


IRS
Department of Treasury
Cincinnati, OH 45999


Irvine Access Floors Inc.
9425 Washington Boulevard
Suite Y-WW
Laurel, MD 20723


J Street Development
2001 L Street Northwest
Washington, DC 20036


J. Core Drilling, Inc.
43021 Braddock Road
Centreville, VA 20120


Jnvis, LLC
4245 Moonlight Ct.
Warrenton, VA 20187


John H. Hampshire, Inc.
320 West 24th. Street
Baltimore, MD 21211-3290


John Simpson, Inc.
6599 Merchant Place, Suite 100
Warrenton, VA 20187


Johnson Controls, Inc.
P.O. Box 905240
Charlotte, NC 28290-5240

Jones Lang LaSalle
2000 Pennsylvania Avenue
Washington, DC 20006


JPG Plumbing Services, Inc.
6700-E Distribution Drive
Beltsville, MD 20705


JPL Management, LLC
d/b/a Americode
7942-R Cluny Court
Springfield, VA 22153


K. G. Johnson, Inc.
4520 Mack Avenue
Frederick, MD 21703


Kastle Systems LLC
1501 Wilson Boulevard
Arlington, VA 22209


Kearney & Associates
17477 Stevensburg Road
Culpeper, VA 22701


Kensington Glass Arts Inc.
10580 Metropolitan Avenue
Kensington, MD 20895


Kevin Sullivan
620 Diskin Place
Leesburg, VA 20177


Kingdom Fire Protection, LLC
2774 Concord Parkway South
Concord, NC 28027-9146


Kloman McDonald
P.O. Box 357
Great Falls, VA 22066


Klon O. Row, Inc.
7540 Rickenbacker Drive
Gaithersburg, MD 20879

KMN Sheet Metal
7214-A Lockport Place
Lorton, VA 22079


Krain Building Services, LLC
2929 Eskridge Road Suite B
Fairfax, VA 22031


KS Custom Cabinet Company
12181 Livingston Road
Manassas, VA 20109


KT Enterprises Inc.
43571 John Mosby Highway
Chantilly, VA 20152


KTA Group, Inc.
2553 Dulles View Dr.
Herndon, VA 20171-5225


L & P Carpenter, LLC
42460 Londontown Terrace
South Riding, VA 20152


L. F. Jennings, Inc.
407 North Washington Street
Falls Church, VA 22046


Lakeside Concrete Inc.
10021 Nokesville Road
Manassas, VA 20110


Lasership Inc.
P.O. Box 406420
Atlanta, GA 30384-6420


Lawrence Street Ind., LLC
4700 Lawrence Street
Hyattsville, MD 20781


Lerner Companies
11501 Huff Court
Kensington, MD 20895

Liberty Property Trust
13655 Dulles Technology Drive
Suite 120
Herndon, VA 20171


Lincoln Property Co
Suite 200
1530 Wilson Blvd
Arlington, VA 22209


Livingston Fire Protection
5150 Lawrence Place
Hyattsville, MD 20781


Locksmith, Inc.
2600 Huntington Avenue
Alexandria, VA 22303


Long Fence -M.D.
8545 Edgeworth Drive
Capitol Heights, MD 20743


Lorton Stone, LLC
7544 Fullerton Court
Springfield, VA 22153


Loudoun Land Works LLC
P.O. Box 4277
Leesburg, VA 20177


Luck Stone Corporation
P.O. Box 29871
Richmond, VA 23242-0871


M & M Appliance Sales &
  Service, Inc.
6201 Blair Road NW
Washington, DC 20011


Mac Corporation of Virginia
6799 Kennedy Road, Suite D
Warrenton, VA 20187

Magnolia Plumbing, Inc.
600 Gallatin Street, NE
Washington, DC 20017

Mark Brew Plumbing &
  Heating, Inc.
P.O. Box 88
Highland, MD 20777-0088

Mark Building Systems, Inc
6 Park Avenue
Gaithersburg, MD 20877-2916

Mary Ann Robertson
10401 Green Road
Bealeton, VA 22712

Material Distributors, Inc.
8 Cynwyd Road & Union Avenue
Bala Cynwyd, PA 19004-3309

MBC Precision Imaging, Inc.
9130 Red Branch Road
Columbia, MD 21045

Mc Clary Tile, Inc.
5918 Farrington Avenue
Alexandria, VA 22304

Mechanical Engin. & Const.
2056 Lord Baltimore Drive
Baltimore, MD 21244

Meridian Project Systems
Dept # 34250
San Francisco, CA 94139

Metro Demolition Services
40983 Alysheba Drive
Leesburg, VA 20176

Metroplex Retaining Walls
  of VA Inc.;
602 S. King St, Suite 202
Leesburg, VA 20175

Metropolitan Rolling Door
9620 Gerwig Lane
Columbia, MD 21046


Mid Atlantic Floors
109 Executive Drive
Sterling, VA 20166


Mid-Atlantic Roofing, Inc.
7855 Muirfield Court
Potomac, MD 20854


Millstone Corporation
9800 Fallard Terrace
Upper Marlboro, MD 20772-6710


Mobile Mini, Inc.
P.O. Box 740773
Cincinnati, OH 45274-0773


Mobius Recycling Services
P.O. Box 474
Vienna, VA 22183


Modern Art & Plate Glass Co.
30 Conrad Street
Johnstown, PA 15905


Modern Door & Equipment
P.O. Box 727
White Plains, MD 20695


Moore Cadillac Co
8595 Leesburg Pike
Vienna, VA 22182


Moore Cadillac of Dulles
25450 Pleasant Valley Road
Chantilly, VA 20152


Mr. Metals, Inc.
4212 Tabler Rd.
Frederick, MD 21704

MRP Realty
1133 21st Street, NW
Washington, DC 20036


Ms. Custom Millwork
5388 Abernathy Court
Fairfax, VA 22032


MZ Bugs Termite Control Co.
P. O. Box 3326
Stafford, VA 22555


Natelco Corporation
120 West Hampton Avenue
Capitol Heights, MD 20743


Nation's Contractor, Inc.
14524-A Lee Road
Chantilly, VA 20151


New Legacy Partners
5420 Wisconsin Avenue
Chevy Chase, MD 20815


Nichols, Robert
18366 Fairway Oaks Square
Leesburg, VA 20176


Nichols, Robert A.
18366 Fairway Oaks
Leesburg, VA 20176


Northern VA Electric
   Cooperative
Department# 795
Alexandria, VA 22334-0795


Northern VA Finishes, LLC
4227 Stepney Drive
Gainesville, VA 20155


Northern VA Lock & Security
205 S Whiting St. #609
Alexandria, VA 22303-3632

Northern Virginia Sprinkler Co
32 Westbrook Lane
Stafford, VA 22554


Northrup-Grumman
500 East Street, SW
Washington, DC 20024


Northstar Fire Protection
21530 Blackwood Ct.
Suite 150
Sterling, VA 20166


NOVA - Northern Virginia Waste
3730 Greentree Lane
Dumfries, VA 22026


Oak Tree Building Group, LLC
5715 Industry Lane
Frederick, MD 21704


Office Movers, Inc.
5617-A Industrial Drive
Springfield, VA 22151


Omega Fire Protection, Inc.
8487 Euclid Avenue
Suite 10
Manassas, VA 20111-5213


Omega Floors
7309 Gateway Court
Manassas, VA 20109


Orndorff & Spaid
11722 Old Baltimore Pike
Beltsville, MD 20705-1292


Otis Elevator Company
P.O. Box 905454
Charlotte, NC 28290-5454

Overhead Door Co.
  of Central Virginia
P.O. Box 6310
Ashland, VA 23005


Owens & Dove, Inc.
9109 Owens Drive
Manassas, VA 20111


P & P Artec
700 Creel Drive
Wood Dale, IL 60191


Pace Communication LLC
P.O. Box 250
Annandale, VA 22003


Paetec
One Paetec Plaza
Fairport, NY 14450


Page Mechanical Systems
930-C Eldridge Drive
Hagerstown, MD 21740


Panacea Inc.
100 East Street, Suite 101
Vienna, VA 22180


Panel Systems, Inc.
14869 Persistance Drive
Woodbridge, VA 22191


Park Woodworking
7210 Lockport Place
Lorton, VA 22079


Perfect L. G. Cleaning
10607 Wellington Street
Fredericksburg, VA 22407


Perlectric
2711 Prosperity Avenue
Fairfax, VA 22031

Personnel Security Mgmt. LLC
9441 Water Fern Circle
Clermont, FL 34711


Peterson Companies
12500 Fair Lakes Circle
Suite 400
Fairfax, VA 22033


Pillar Construction, Inc.
5649-S General Washington Dr.
Alexandria, VA 22312


Pinto Fire Protection
14700 Flint Lee Road
Chantilly, VA 20151


Pitney Bowes Credit - Ct
P.O. Box 5151
Shelton, CT 06484-7151


Plan-It Granite & Marble
21441 Pacific Boulevard
Sterling, VA 20166


Post-Construction Cleaning
   By Ex-Zel
P.O. Box 87
Centreville, VA 20122-0087


Potomac Floor Covering, Inc.
22780 Indian Creek Drive
Dulles, VA 20166


Power Design, Inc.
11600 Ninth Street North
Saint Petersburg, FL 33716


Powertech Electrical Services
8885 Locust Grove Drive
Port Tobacco, MD 20677


Precision Doors & Hardware
6295-80 Edsall Rd
Alexandria, VA 22312

Preferred Services, Inc.
5746 Walcott Avenue
Fairfax, VA 22030


Premier Lifts Inc.
P.O. Box 4586
Lutherville Timonium, MD 21094-4586


Project Management Service
   Bureau, Inc.
3608 S. 12th Street
Arlington, VA 22204


Prospect Waterproofing Co
118 Acacia Lane
Sterling, VA 20166-9307


Protex Coatings Inc.
7958 Arden Court
Dunn Loring, VA 22027


Qinetiq North America
7918 Jones Branch Drive
Suite 350
Mc Lean, VA 22102


R. Ganassa Tile Co. Inc.
10088 Tyler Court
Ijamsville, MD 21754


Ralph Dietze
43572 Tuckaway Place
Leesburg, VA 20176


Ramco of D.C., Inc.
3900 Jermantown Road
Fairfax, VA 22030


Ramco of Virginia Inc.
3900 Jermantown Road
Fairfax, VA 22030


RDH & Associates, LLC
   and B & T Excavating
Richmond, VA 23236

Reliant Drywall, Inc.
5734 Industry Lane
Frederick, MD 21702


Reyco Electrical Services
7 Jay Gould Court
Waldorf, MD 20602


River Creek Country Club, Inc.
43800 Olympic Blvd
Leesburg, VA 20176


Robert Nichols
18366 Fairway Oaks
Leesburg, VA 20176


Robert S. Wertz, Jr.
Commissioner of the Revenue
1 Harrison St., SE 1st Floor
Leesburg, VA 20177-9804


Roche Bros., Inc.
9416 Dr. Perry Rd.
Ijamsville, MD 21754


RTL Electric Inc.
14700A Flint Lee Rd
Chantilly, VA 20151


S & J Builders, Inc.
6005 Crest Park Drive
Riverdale, MD 20737-3521


S & S Concrete Cutting Co.
9324 Troy Drive
Nokesville, VA 20181


S. A. Halac Ironworks
21675 Ashgrove Court
Sterling, VA 20166


S. Albert Glass Co., Inc.
6600 Ammendale Road
Beltsville, MD 20705

S.A. Halac Ironworks
21675 Ashgrove Ct
Sterling, VA


Saco Industries, Inc.
17151 Morse Street
Lowell, IN 46356


Safway Services, Inc.
9155 Whiskey Bottom Road
Laurel, MD 20723


Sandia Ceramics Inc.
7949 Gainsford Court
Bristow, VA 20136


Scaffold Resource, LLC
4749-A Clifton Road
Temple Hills, MD 20748


Schupp Companies
115 Park Street
Suite 200
Vienna, VA 22180


Seasonair Inc.
16001-A Industrial Drive
Gaithersburg, MD 20877


Seneca Balance of Maryland
5100 Belair Road
Baltimore, MD 21206


Senza Fine
23430 Rock Haven Way
Dulles, VA 20166


Sheets Wholesale, Inc.
430 Mill Street, NE
Vienna, VA 22180


Sim-G Technologies, LLC
1100 15th St., N.W.
Washington, DC 20005

Simplex Grinnell - LP
Dept. Ch 10320
Palatine, IL 60055-0320


Sizdahkhani L.P.
1100 Platoln
Herndon, VA 20170


Smart Space Solutions
1768 Sulpher Spring Road
Baltimore, MD 21227


Smith, Elliott, Kearns & Co
480 N. Potomac Street
Hagerstown, MD 21740


Solers
950 N. Glebe Rd.
Suite 1100
Arlington, VA 22203


Sonitrol of The Tri-State
P.O. Box 2302
Purcellville, VA 20134


South Bethany Associates, LLC
10525-D Braddock Road
Fairfax, VA 22032


Southern MD Metal Products
PO Box 818
White Plains, MD 20695


Specified Electrical Systems
P.O. Box 4105
Crofton, MD 21114


Staples Business Advantage
Dept DC
Boston, MA 02241-5256


Stephen H. Oram, Trustee
5630 Wisconsin Avenue
Unit 1006
Chevy Chase, MD 20815

Steven T. Galles
43514 Butler Place
Leesburg, VA 20176


Stock Building Supply - 4057
6809 A Bowmans Crossing
Frederick, MD 21703


Stone House Floors, LLC
28910 Old Valley Pike
Strasburg, VA 22657


Stover Tile Resource
70 Industrial Park Drive
Waldorf, MD 20602


Structura, Inc.
401 North Washington Street
Gaithersburg, MD 20850


Suffolk Construction Co, Inc.
65 Allerton Street
Boston, MA 02119


Suffolk Construction Co.
65 Allentown Street
Boston, MA 02119


Suffolk Construction Co. Inc.
65 Allerton Street
Boston, MA 02119


Sullivan, Kevin D.
620 Diskin Place
Leesburg, VA 20177


Summit Roofing Contractors
9835 Godwin Drive
Manassas, VA 20110


Sun Control Systems, Inc.
2701 Tower Oaks Boulevard
Suite 300
Rockville, MD 20852

Sunbelt Rentals
17 Douglas Court
Sterling, VA 20166


T & A Construction, LLC
5601 General Washington Drive
Alexandria, VA 22312


Tammal Enterprises, Inc.
5705 Arundel Avenue
Rockville, MD 20852


Tax Administration Division
Prince William County
PO Box 2467
Woodbridge, VA 22195-2467


Temp-Power, Inc.
P.O. Box 331
Haymarket, VA 20168


Testing Technologies Inc.
1241 Featherstone Road
Woodbridge, VA 22191


Tetra Properties
11450 Baron Cameron Avenue
Reston, VA 20190


TFC Canopy/Centurion Ind.
1107 N. Taylor Rd.
Garrett, IN 46738


The Flooring Group, Inc.
13849 Park Center Road
Herndon, VA 20171


The M Group
1577 Spring Hill Road
Vienna, VA 22182


The Pool People Inc.
5525 Wilkins Court
Rockville, MD 20852

The Representative
1101 S. Arlington Ridge Road
Arlington, VA 22202


The Severn Group
2086 Generals Hwy.
Annapolis, MD 21401


The Tower Companies
11501 Huff Court
Kensington, MD 20895


Thesis Painting Inc.
7401-D Fullerton Road
Springfield, VA 22153


Thesis Painting, Inc.
7401-D Fullerton Road
Springfield, VA 22153


Thomas Rutherfoord, Inc.
Attn: Cashier
Roanoke, VA 24028


TMC Electric
14 Cardinal Park Drive, #101
Leesburg, VA 20175


Tower Davis Electric
5265 Port Royal Road
Springfield, VA 22151


Treasurer of Loudoun County
Attn: H. Roger Zurn, Jr.
P.O. Box 1000
Leesburg, VA 20177


Tri-Tek Engineering
690 Center Street, Suite 300
Herndon, VA 20170-5018


Tridex Associates, Inc.
15060 Farm Creek Drive
Woodbridge, VA 22191

Trojan Labor
P.O. Box 890714
Charlotte, NC 28289-0714


TSI Exterior Wall Systems
3705 West Street
Landover, MD 20785


Twin City Hardware Company
723 Hadley Avenue N.
Oakdale, MN 55128


Tyson Floors
23430 Rock Haven Way
Dulles, VA 20166


Union Floor Covering, Inc.
3201 8th St. N.E.
Washington, DC 20017


United Masonry, Inc.
5621 Vine Street
Alexandria, VA 22310


VA Water Conditioning Corp.
9056 Euclid Avenue
Manassas, VA 20110-5308


Valley Lighting LLC
601-U Hammonds Ferry Road
Linthicum Heights, MD 21090


Varela & Sons Construction
12607 Stratford Garden Drive
Silver Spring, MD 20904


Verizon (660720)
P.O. Box 660720
Dallas, TX 75266-0720


Vienna Glass Co., Inc.
204-A Mill Street
Vienna, VA 22180

Virginia Commerce Bank
5350 Lee Highway
Arlington, VA 22207


Virginia Roofing Corporation
P. O. Box 9350
Alexandria, VA 22304


Virginia Sprinkler Company
10343 - A Kings Acres Road
Ashland, VA 23005


Virginia Water Conditioning Co
9056 Euclid Avenue
Manassas, VA 20110


Vornado Realty Trust
2345 Crystal Drive
Suite1000
Arlington, VA 22202


Washington Air Compressor
  Rental Co.
12529 Parklawn Drive
Rockville, MD 20852


Washington Gas (830036)
P.O. Box 830036
Baltimore, MD 21283-0036


Washingtonian Magazine
1828 L Street NW Suite 200
Washington, DC 20036


Water Works Plumbing
16021 Industrial Dr., Unit 12
Gaithersburg, MD 20877


WDG Architecture
1025 Connecticut Ave.
Washington, DC 20036


Webb Signs
10612 Warwick Ave.
Fairfax, VA 22030

Weeter Concrete
25274 Willard Road
Chantilly, VA 20152


Welford Engineering Assoc.
4545 Empire Court
Fredericksburg, VA 22408


White Cap Construction Supply
1200 66th Street
Baltimore, MD 21237


Wilcox Caulking Corp
P.O. Box 208
Lorton, VA 22199-0208


William A. Hazel, Inc.
4305 Hazel Park Court
Chantilly, VA 20151


Williams Mech. Contr. Corp.
2000 Clarendon Boulevard
Arlington, VA 22201


Wilmot Modular Structures
5812 Allender Road
White Marsh, MD 21162


Xerox Capital Services Corp.
P.O. Box 827598
Philadelphia, PA 19182-7598


Zee Medical, Inc.
P.O. Box 781573
Indianapolis, IN 46278-8573

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Dietze Construction Group, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Dietze Construction Group, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 19, 2010**

Date

**/s/ Andrea Campbell**

**Andrea Campbell 78036**

Signature of Attorney or Litigant

Counsel for    **Dietze Construction Group, Inc.**

**Arent Fox LLP**

**1050 Connecticut Ave., N.W.**
**Washington, DC 20036**
**202-857-6000 Fax:202-857-6395**