Craig B. Young (VSB No. 22633)
Jeremy S. Williams (VSB No. 77469)
**KUTAK ROCK LLP**
1101 Connecticut Avenue, NW, Suite 1000
Washington, DC 20036-4374
Telephone: (202) 828-2328
Facsimile: (202) 828-2488
Craig.Young@kutakrock.com
Jeremy.Williams@kutakrock.com
*Counsel for The Dietze Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 10-14103- RGM |
| DIETZE CONSTRUCTION GROUP, INC., ) | |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |

## OBJECTION TO CLAIM OF SPRINT NEXTEL - CORRESPONDENCE

The Dietze Liquidating Trust ("Trust"), by counsel, files this objection (the "Objection") to the Proof of Claim No. 24-1 filed by Sprint Nextel - Correspondence, and respectfully states as follows:

### BACKGROUND

1. On May 19, 2010 (the "Petition Date"), Dietze Construction Group, Inc., (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. A Committee of Unsecured Creditors was appointed on June 28, 2010.

2. The bar date to file proofs of claim in the case was set as September 23, 2010 for all creditors (except for governmental units) (the "General Bar Date") and November 15, 2010 for governmental units (the "Governmental Bar Date").

3. By Order entered on June 2, 2012, the Court approved the Debtor's Disclosure Statement for its First Amended Plan of Liquidation, dated April 19, 2012 (the "Plan"). By Order entered on September 14, 2012, the Court confirmed the Plan. The Plan's Effective Date occurred on October 15, 2012.

4. The Trust has authority under the Plan and Liquidating Trust Agreement to object to claims. The Trustee has determined that certain claims asserted against the Debtor are objectionable, and objects to their allowance as set forth herein.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1134 and its retained post-confirmation jurisdiction as set forth in the order confirming the Plan. This is a core proceeding.

6. The statutory basis for the relief requested is § 502(b) of the Bankruptcy Code.

## OBJECTION

7. Sprint Nextel - Correspondence filed its proof of claim No. 24-1 on or about June 14, 2010 in the amount of $13,428.37 for services performed. On information and belief, and based on the Debtor's records, Sprint Nextel - Correspondence was paid in whole or in part for all services performed prior to the Petition Date. Accordingly, Claim No. 24-1 should be disallowed.

8. The Trustee reserves the right to further object to any and all claims, whether or not the subject of this Objection, on any other ground.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order (i) sustaining this Objection; (ii) disallowing Claim No. 24-1 and (iii) granting such other and further relief as is just and proper.

Dated: January 11, 2013             **KUTAK ROCK LLP**

                                    By:   /s/ Jeremy S. Williams
                                             Craig B. Young (VSB No. 22633)
                                             Jeremy S. Williams (VSB No. 77469)
                                             1101 Connecticut Avenue, NW, Suite 1000
                                             Washington, DC 20036-4374
                                             Telephone: (202) 828-2328
                                             Facsimile: (202) 828-2488
                                             Craig.Young@kutakrock.com
                                             Jeremy.Williams@kutakrock.com
                                             *Counsel for The Dietze Liquidating Trust*

## **CERTIFICATE OF SERVICE**

       Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that a true and correct copy of the foregoing was served via first class mail on January 11, 2013 to the following parties:

Tammy Barber, Bankruptcy Analyst
Sprint Nextel – Correspondence
P. O. Box 7949
Overland Park, KS 66207-0949

Sprint Nextel – Distributions
Attn: Bankruptcy Department
P. O. Box 3326
Englewood, CO 80155-3326

                                             By: /s/ Jeremy S. Williams
                                                       Counsel